**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHARLES TONEY**                                                        **PETITIONER**
**REG #32257-009**

**v.**                                   **Case No. 2:23-cv-00041-KGB**

**DOE**                                                                  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 6).  Petitioner Charles Toney has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*).  Toney's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1).

It is so ordered this the 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge